IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-781-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| APPROXIMATELY $1,199,530 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Brian Cromwell, concerning Nicholas Murphy II, on December 18, 2023. Nicholas Murphy II seeks to appear as counsel *pro hac vice* for Claimant James Whitner, Jr. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Nicholas Murphy II is hereby admitted *pro hac vice* to represent Claimant James Whitner, Jr.

**SO ORDERED**.

Signed: December 18, 2023

David C. Keesler
United States Magistrate Judge