UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CV-781

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| APPROXIMATELY $1,199,530 IN UNITED ) | |
| STATES CURRENCY SEIZED FROM THE ) | |
| APARTMENT OF ANTWAIN FREEMAN IN ) | |
| NORTH BERGEN, NEW JERSEY, ON OR ) | |
| ABOUT AUGUST 17, 2021 ) | |

**THIS MATTER** is before the Court on the government's Motion for Entry of Default Judgment. (Doc. 26). Review of the pleadings reveals the Clerk of Court has previously entered Default, that Notice of the proceeding has been provided in accordance with law, that all claims against Defendant have been adjudicated by the Court, that the requested Default Judgment is for a sum certain, and that the United States of America is now entitled to all right, title, and interest in the Defendant funds, the Court enters the following Default Judgment.

### BACKGROUND

On November 17, 2023, the United States filed a Complaint (Doc. 1) against the defendant, approximately $1,199,530.00 in funds seized from the apartment of Antwain Freeman in North Bergen, New Jersey. The Complaint alleged that the Currency was subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because the Currency constituted property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1960 (prohibition of unlicensed money transmitting businesses) or any property traceable to such property. Further, the Complaint alleged the Currency was involved in a violation or conspiracy to violate 31 U.S.C. § 5324(b)(1) (causing a

1

nonfinancial trade or business to fail to file a report under Section 5331) and/or 31 U.S.C. § 5324(a)(2) (causing or attempting to cause a financial institution to file a report that contains a material omission or misstatement of fact).

From November 18, 2023, through December 17, 2023, pursuant to Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(4)(a), the Government provided Notice by Publication (Doc. 9) of this action. Further, the Government mailed direct notice (Doc. 23) of the Complaint to James Whitner, his business entities, and his counsel.

Notice of the forfeiture of the Currency has been properly published and directly provided, there are no claims as to the Currency, and the time for filing claims has expired.

## ORDER

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the government's Motion for Entry of Default Judgment (Doc. No. 26) is **GRANTED** and **DEFAULT JUDGMENT** is **ENTERED** in favor of the United States of America and against the defendant **APPROXIMATELY $1,199,530 IN UNITED STATES CURRENCY,** providing that all right, title, and interest of all persons in the world in or to the **APPROXIMATELY $1,199,530 IN UNITED STATES CURRENCY,** is hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

Signed: October 4, 2024

Max O. Cogburn Jr
United States District Judge